## FRED CAMERON v. STATE.

No. A-2327.   Opinion Filed January 13, 1919.

(177 Pac. 118.)

APPEAL AND ERROR—Dismissal of Appeal—Pardon.   When an appeal from a judgment of conviction is pending in this court. and the plaintiff in error applies for a pardon, and the same is granted, and the fact that a pardon has been granted is brought to the attention of this court, the appeal will be dismissed as having been abandoned.

*Appeal from District Court, Oklahoma County;*
*Geo. W. Clark, Judge.*

Fred Cameron was convicted of keeping a place with the intention and for the purpose of selling intoxicating liquors, and he appeals.   Appeal dismissed.

*McAdams & Haskell,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM.   Fred Cameron was convicted of keeping a place with the intention and purpose of selling intoxicating liquors, and was sentenced to imprisonment in the penitentiary for a period of one year and to pay a fine of $500.   To reverse the judgment an appeal was perfected. Pending the determination of said appeal, the plaintiff in error was granted a pardon.

When an appeal from a judgment of conviction is pending in this court, and the plaintiff in error applies for a pardon, and the same is granted, and the fact that a pardon has been granted is brought to the attention of this court, the appeal will be dismissed as having been abandoned.

The appeal herein is therefore dismissed.